**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Freddie BLACKMON, Jr.,**
**Defendant–Appellant.**

No. 09–6577.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 24, 2010.

Freddie Blackmon, Jr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddie Blackmon, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Blackmon,* No. 5:02–cr–00034–RLV–7 (W.D.N.C. Feb. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*